# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH MYERS,**

    Plaintiff,

v.                                                      **Case No. 23-CV-079**

**JOSHUA M. ADDERTON,** *et al.*,

    Defendants.

## ORDER

On January 24, 2023, the plaintiff, Keith Myers, who is incarcerated and representing himself, filed a magistrate judge jurisdiction form consenting to the jurisdiction of Magistrate Judge Nancy Joseph. (ECF No. 5.) On January 24, 2024, the defendant filed a magistrate judge jurisdiction form consent to the jurisdiction of Magistrate Judge Nancy Joseph. (ECF No. 21.) That same day, this case was reassigned on consent to Magistrate Judge Nancy Joseph. (ECF No. 22.)

On February 8, 2024, Myers filed another magistrate judge jurisdiction form where he did not consent to the jurisdiction of Magistrate Judge Nancy Joseph. (ECF No. 23.) The court construes this as an attempt to withdraw his consent to magistrate jurisdiction. Absent extraordinary circumstances, a party cannot revoke his consent to proceed before a magistrate judge once he gives it. 28 U.S.C. § 636(c)(4);

Fed.R.Civ.P. 73(b); *Hatcher v. Consolidated City of Indianapolis,* 323 F.3d 513, 516 (7th Cir. 2003). There are no extraordinary circumstances here.

The court **STRIKES** Myer's second magistrate jurisdiction form, (ECF No. 23), and the case will continue to proceed before this court.

Dated at Milwaukee, Wisconsin this 1st day of March, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge